NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. TROPP,**

*Plaintiff-Appellee,*

v.

**CONAIR CORPORATION, L.C. INDUSTRIES, LLC, MASTER LOCK COMPANY LLC, SAMSONITE CORPORATION, TRAVELPRO INTERNATIONAL INC., AND TRG ACCESSORIES, LLC,**

*Defendants-Appellants,*

AND

**BRIGGS & RILEY TRAVELWARE LLC,**

*Defendant-Appellant,*

AND

**EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC., BROOKSTONE COMPANY, INC., AND BROOKSTONE STORES, INC.,**

*Defendant-Appellants,*

AND

**DELSEY LUGGAGE INC.,**

*Defendant-Appellant,*

AND

**EBAGS, INC.,**

*Defendant-Appellant,*

AND

## MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION,

*Defendant-Appellant,*

AND

## TUMI, INC.,

*Defendant-Appellant,*

AND

## WORDLOCK, INC.,

*Defendant-Appellant,*

AND

## OUTPAC DESIGNS INC., HP MARKETING CORP. LTD., AND TITAN LUGGAGE USA,

*Defendants.*

---

2012-1337

---

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-4446, Judge Eric N. Vitaliano.

---

**ON MOTION**

---

**ORDER**

Briggs & Riley Travelware LLC moves to withdraw Jeffrey A. Schwab and Anthony J. DiFilippi as counsel of record and to substitute Peter I. Bernstein as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 0 7 2012
_____          /s/ Jan Horbaly
          Date                Jan Horbaly
                              Clerk

cc: Thomas Fitzpatrick, Esq.
    Neil P. Sirota, Esq.
    William L. Prickett, Esq.
    Jeffrey A. Schwab, Esq.
    Christopher F. Lonegro, Esq.
    Carolyn V. Juarez, Esq.
    Brian A. Carpenter, Esq.
    Q. Rick Corrie, Esq.
    Ronald D. Coleman, Esq.
    Peter I. Bernstein, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 7 2012

JAN HORBALY
CLERK

s21